UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES GASPARD                                CIVIL ACTION

VERSUS                                         NUMBER:  13-4443

N. BURL CAIN, WARDEN                           SECTION: "B"(1)

### ORDER, REASONS AND JUDGMENT

Based upon our reviews of the state court proceedings, petitioner's claims, the Magistrate Judge's Report and Recommendations, petitioner's objections (Record Document Numbers 24, 25 and 26) to same, and applicable law, **IT IS ORDERED** that petitioner' objections are **OVERRULED** and we hereby **ADOPT** the Magistrate Judge's Report and Recommendations (Record Document Number 21) as our opinion and reasons in this case.

**IT IS FURTHERED ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (Record Document Number 22), Motion to Supplement Pleadings (Record Document Number 27), Motion to Amend Petition (Record Document Number 28) and Motion for Recusal (Record Document Number 29) are **DENIED AS FRIVOLOUS.**

Accordingly, **IT IS FURTHERED ORDERED AND ADJUDGED** that the instant petition for issuance of a writ of *habeas corpus* is hereby **DENIED** and **DISMISSED**.

New Orleans, Louisiana, this 30th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE